UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>CHARLES COOPER, JR.,<br><br>　　　　　　　　　Defendant. | Case No. 2:16-cr-00260-HDM-PAL<br><br>ORDER |

　　　The defendant has filed an "Emergency Motion to Consider Release in Order to Attend Funeral Services." (ECF No. 75). The government and probation shall provide the court with any responses to the defendant's motion no later than 5:00 p.m. on Wednesday, November 4, 2020.

　　　IT IS SO ORDERED.

　　　DATED: This 3rd day of November, 2020.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE